cause remanded for further proceedings. *Mr. Maxwell Evarts* and *Mr. W. W. Cotton* for the plaintiff in error. No appearance for the defendant in error.

---

No. 409. GEORGE HARRINGTON ET AL., APPELLANTS, *v.* THE ATLANTIC & PACIFIC TELEGRAPH COMPANY ET AL. Appeal from the United States Circuit Court of Appeals for the Second Circuit. Motion to dismiss submitted December 2, 1912. Decided May 5, 1913. *Per Curiam.* Dismissed for the want of jurisdiction. (*United States v. Jahn,* 155 U. S. 109, 114 (3); *Carter v. Roberts,* 177 U. S. 496, 500; *Cary Mfg. Co.* v. *Acme Flexible Clasp Co.,* 187 U. S. 427; *Macfadden v. United States,* 213 U. S. 288.) *Mr. Frederick J. Stone* and *Mr. Alton B. Parker* for the appellants. *Mr. Rush Taggart* and *Mr. John F. Dillon* for the appellees.

---

No. 410. GEORGE HARRINGTON ET AL., APPELLANTS, *v.* THE ATLANTIC & PACIFIC TELEGRAPH COMPANY ET AL. Appeal from the Circuit Court of the United States for the Southern District of New York. Motion to dismiss submitted December 2, 1912. Decided May 5, 1912. *Per Curiam.* Dismissed for the want of jurisdiction. (*Aspen Mining & Smelting Co.* v. *Billings,* 150 U. S. 31; *Brown* v. *Alton Water Co.,* 222 U. S. 326; *Metropolitan Co.* v. *Kaw Valley District,* 223 U. S. 519; *Union Trust Co. of St. Louis* v. *Westhus,* 228 U. S. 519.) *Mr. Frederick J. Stone* and *Mr. Alton B. Parker* for the appellants. *Mr. Rush Taggart* and *Mr. John F. Dillon* for the appellees.

---

No. 1035. MISSOURI, KANSAS & TEXAS RAILWAY COMPANY ET AL., PLAINTIFFS IN ERROR, *v.* L. E. GOOD-